

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-CR-754-FMO |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) ) | 18 U.S.C. § 3143(a) Allegations of Violations of |
| James Rodney Sims, | ) ) | Probation/Supervised Release Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.   (✓) the appearance of defendant as required; and/or

        B.   (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _prior criminal history; instant offense allegations_

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _prior criminal history; instant offense allegations_

IT IS ORDERED that defendant be detained.

DATED: 3/1/18

_[signature]_
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2